IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID WALSH | * | |
|     Plaintiff | | |
| | * | |
|   vs. | | Civil Action No.: DKC 08-1897 |
| | * | |
| WILLIAM MITCHELL, et al. | | |
|     Defendants | * | |

******

## ORDER

Plaintiff has failed to serve the summons and complaint upon the Defendant JOHN JELICH d/b/a Threesome Auto Sales within 120 days after the filing of the complaint. Accordingly, it is this 3rd day of February, 2009, by the United States District Court for the District of Maryland,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the Defendant JOHN JELICH d/b/a Threesome Auto Sales without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                                                  /s/
                                                  DEBORAH K. CHASANOW
                                                  United States District Judge