**UNITED STATES DISTRICT COURT**

**for the**

**DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| **DAVID WALSH,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. DK 08-CV-1897** |
| | ) | |
| **WILLIAM MITCHELL, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE AND**

**MOTION TO EXTEND TIME IN WHICH TO SERVE DEFENDANT, JOHN JELICH**

Comes now the Plaintiff, David Walsh, by and through his attorney, William J. Howard, Esq., in response to the Court=s Show Cause Order entered February 10, 2009, hereby moves for an order to extend the time in which to serve the Defendant, John Jelich, and in support states as follows:

1. The Defendant, John Jelich, is an individual, who at various times participated with the other named Defendants in selling, otherwise disposing of or controlling personal property in the form of an automobile or automobiles owned by the Plaintiff.

2. The Defendant Jelich has a long history of opening businesses under names and in entity forms and then abandoning them.

3. The Plaintiff, David Walsh, knew and dealt with the Defendant Jelich under the business name, AThreesome Auto Sales@.

4. The Plaintiff used due diligence in attempting to locate the Defendant Jelich and his current

2

business name.

    5.  The Defendant Jelich operated under one or more of the following trade names: (1) AThreesome, Inc.@; (2) AThree Some Auto Center, Inc.@; (3) AThreesome Auto Center@; and (4) AThreesome Automotive Center, Incorporated@.

    6.  A record search of the Maryland Department of Assessments and Taxation revealed four business entities using the name AThreesome@.  All four entities have either had their corporate charters forfeited or the entity AThreesome Auto Center@ was listed as inactive.  In the case of AThree Some Auto Center, Inc.@, the records indicate that the business had no principal office or resident agent as of 2008.

    7.  The Plaintiff made all reasonable efforts to find the Defendant Jelich and until February 12, 2009 was unsuccessful.

    8.  That on February 12, 2009, William J. Howard, Esq. served the reissued Summons and Complaint at the Defendant Jelich=s residence, 1734 Foxdale Court, Crofton, Maryland on an adult resident identified as AChristie@.

    9.  That on February 13, 2009, a male voice identified as John Jelich called Mr. Howard=s office to inquire about Awhat all this garbage is about@.  The male voice revealed information concerning business interaction with the Plaintiff, which would only have been known to the Defendant Jelich and the Plaintiff. The male voice also repeated a portion of the conversation that Mr. Howard had with AChristie@, who the male voice identified as his daughter.

3

10.  Prior to serving the Summons and Complaint at the Defendant Jelich=s residence, Mr. Howard attempted to serve them at the most recent business address of the Defendant Jelich, 1356 Defense Highway, Crofton, Maryland.  At the time service was attempted, a white male meeting the description of the Defendant Jelich remained conspicuously in the background of the business area. A second attempt to serve the Defendant Jelich at that business location similarly failed and Mr. Howard was told that although Jelich was supposed to return, he was not going to return that day.

11.  That the Plaintiff has a meritorious claim in which the Defendant Jelich participated in defrauding him by acting in his capacity as an alleged licensed car dealer so as to allow the sale of the Plaintiff=s automobile.

12.  The Defendant Jelich has not been or will not be prejudiced by the Court=s extension of time in which to serve him with the Summons and Complaint as an Amended Complaint will be filed pursuant to Motions raised by the Defendants, Mitchell, et al.

13.  That the Plaintiff moves this Court to extend the time in which to serve the Defendant Jelich *nunc pro tunc* to February 12, 2009.

14.  That the granting of this Motion is in the interest for the efficiency of this Court.


                                  Respectfully submitted,



                                    /s/    William Howard
                                  William J. Howard
                                  Bar No. 25381
                                  4316 Hamilton Street
                                  Hyattsville, Maryland 20781

4

Telephone Number: (301)864 - 6700

I solemnly affirm under the penalties of perjury that the contents of the foregoing Response and

Motion are true to the best of my knowledge, information and belief.

/s/    William Howard
William J. Howard

**Points and Authorities**

The Federal Rules of Civil Procedure and the record herein.

**CERTIFICATE OF SERVICE**

This is to certify that on this 17th day of February, 2009, a copy of the foregoing Response to Show Cause Order and Motion to Extend the Time in Which to Serve the Defendant John Jelich was (1)sent via the electronic filing system; and (2) mailed first class, postage prepaid to:

Byron J. Warnken
Warnken, LLC, Attorneys-at-Law
300 East Joppa Road, Suite 303
Towson, Maryland 21286
Counsel for the Defendants; and

Mr. John Jelich
1734 Foxdale Court
Crofton, Maryland.

/s/    William Howard
William J. Howard