IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| **DAVID WALSH,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Civil No. 08 CV1897 DKC** |
| **WILLIAM MITCHELL, et al.,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**DEFENDANTS WILLIAM MITCHELL AND DONNA MITCHELL'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REQUEST FOR HEARING**</u>

Defendants, William Mitchell and Donna Mitchell, by and through their undersigned counsel, move this Honorable Court for an Order Dismissing Counts One, Two, Three, Four, Five, and Six of Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and for an Order remanding all State-law claims to State Court for continued adjudication. The grounds for this motion, as set forth with particularity in the attached memorandum of law, are that the Amended Complaint fails to state claims against the Defendants upon which relief can be granted.

**WHEREFORE** Defendants William Mitchell and Donna Mitchell request that this Honorable Court grant a hearing on the instant Partial Motion to Dismiss Plaintiff's First Amended Complaint and, thereafter, enter an Order dismissing, in whole or in part, Counts One, Two, Three, Four, Five, and Six of Plaintiff David Walsh's Amended Complaint.

Respectfully submitted,

_____/s/_____
Byron L. Warnken (Bar No.: 23419)
James M. Nichols (Bar No.: 28779)

- 2 -

                                      Warnken LLC
                                      300 East Joppa Road, Suite 303
                                      Towson, MD 21286
                                      443-921-1100
                                      443-921-1111 (facsimile)