UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| DAVID WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: DKC-08-CV-1897 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM MITCHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR AN ENTRY OF DEFAULT AGAINST DEFENDANT AMY SIMS

Plaintiff David Walsh, by undersigned counsel, hereby submits his motion for the clerk to enter Defendant Amy Sims' default, pursuant to Fed. R. Civ. P. 55(a). A memorandum and affidavit in support of this motion are attached.

Dated: June 10, 2009

Respectfully submitted,

/s/ William J. Howard
Bar No. 25381
Howard & Marcus
4316 Hamilton Street
Hyattsville, MD 20781
(301) 864-6700

Howard W. Foster
Matthew A. Galin
Touhy, Touhy, Buehler & Williams, LLP
55 West Wacker Drive, 14th Floor
Chicago, Illinois 60601
(312) 372-2209

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I, William Howard, an attorney, state that I caused the foregoing document to be served upon all counsel of record via electronic delivery by CM/ECF and upon Amy Sims and Dennis Rogers via U.S. Mail on this the 9th date of June, 2009.

Amy Sims
23372 Hurry Road
Avenue, Maryland  20609

Dennis Rogers
8321 Stanwood Street
New Carrolton, Maryland  20748

| | |
|---|---|
| Dated:  June 9 2009 | /s/ William J. Howard |
| | Bar No. 25381 |
| | Howard & Marcus |
| | 4316 Hamilton Street |
| | Hyattsville, MD 20781 |
| | (301) 864-6700 |

2