IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID WALSH          :

   v.                :   Civil Action No. DKC 2008-1897

WILLIAM MITCHELL, ET AL.    :

**ORDER**

For the reasons stated on the record at a hearing on the following motions, it is this 22nd day of September, 2009, by the United States District Court for the District of Maryland, ORDERED that:

   1.  The motion to withdraw filed by attorneys for Defendants William and Donna Mitchell (Paper 49) BE, and the same hereby is, GRANTED;

   2.  The appearances of Byron Warnken and James Nichols BE, and the same hereby are, STRICKEN and Defendants William and Donna Mitchell are representing themselves;

   3.  The motion for entry of default filed by Plaintiff as to Defendant Amy Sims (Paper 51) BE, and the same hereby is, DENIED;

   4.  The motion to quash service of process filed by Defendant Amy Sims (Paper 57) BE, and the same hereby is, GRANTED;

5. The motion to dismiss filed by Defendants William and Donna Mitchell (Paper 27) BE, and the same hereby is, GRANTED;

6. The first amended complaint (Paper 23) BE, and the same hereby is, DISMISSED without prejudice to Plaintiff's filing of a second amended complaint within fourteen days;

7. The partial motion to dismiss filed by Defendant John Jelich (Paper 28) BE, and the same hereby is, DENIED without prejudice to renewal if appropriate once Plaintiff's second amended complaint is filed; and

8. The Clerk is directed to transmit copies of this Order to counsel for Plaintiff and Defendant John Jelich and unrepresented Defendants William and Donna Mitchell, Dennis Michael Rogers, and Amy Sims.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge