**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| DAVID WALSH | * | |
| Plaintiff | | |
| | | |
| vs. | * | Civil Action No. DKC-08-CV-1897 |
| | | |
| WILLIAM MITCHELL, el. Al, | * | |
| Defendants | | |

******

## NOTICE OF APPEAL

Notice is hereby given that DAVID WALSH, plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the order entered in this case on September 17, 2010.

Dated:  September 24, 2010

                                                                               Respectfully Submitted,

                                      By:    /s/ Howard W. Foster
                                                                Howard Foster
                                                                Matthew Galin

                                                               Foster PC
                                                               150 N. Wacker Drive
                                                                Suite 2150
                                                                Chicago, Illinois 60606
                                                                Tel:    (312) 726-1600
                                                                Fax:   (866) 470-5738

Notice of Appeal - Civil (Rev. 01/2001)

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing NOTICE OF APPEAL has been filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      I hereby certify that the foregoing NOTICE OF APPEAL was sent by U.S. Mail to the following parties on September 24, 2010:

> Amy Sims
> 23372 Hurry Road
> Avenue, MD 20609
>
> Dennis Michael Rogers
> 8321 Stanwood Street
> New Carrolton, MD 20784

Dated:  September 24, 2010

                                                   By:   /s/ Howard W. Foster
                                                          Howard Foster