FILED: May 4, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2102
(8:08-cv-01897-DKC)

_____

DAVID WALSH

      Plaintiff - Appellant

v.

WILLIAM MITCHELL; DONNA MITCHELL; DONNA MITCHELL, d/b/a Stat Auto Wholesales; JOHN JELICH, d/b/a Threesome Auto Sales; WILLIAM MITCHELL, d/b/a Xtreme Automotive Group; DONNA MITCHELL, d/b/a Xtreme Automotive Group; DENNIS MICHAEL ROGERS; AMY SIMS

      Defendants - Appellees

 and

JOHN DOE, d/b/a Threesome Auto Sales

      Defendant

_____

J U D G M E N T

_____

      In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK